Plaintiff: State of Ohio Dept. Job & Fam. Services

# CERTIFICATE OF SERVICE

Defendant: Kimberley S. Glover

I, _____, certify that I am, and at all times during the
(name) Erin M. Dooley

service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made. I further certify that the service of this summons and a copy of the complaint was made

April 28, 2017
_____ by:
(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Kimberley S. Glover
6364 Chetti Drive
Columbus, OH 43213

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed
to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

April 28, 2017
_____                    /s/ Erin M. Dooley
Date                                        _____
Signature

| Print Name | Erin M. Dooley |
|---|---|
| Business Address | 6305 Emerald Parkway |
| City Dublin | State OH    Zip 43016 |