**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: May 25, 2017**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 17-50330 |
| | : | Chapter 7 |
| KIMBERLEY S. GLOVER | : | Judge Caldwell |
| | : | |
| State of Ohio, Department of Job and Family Services | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 17-ap-02095 |
| | : | |
| Kimberley S. Glover | : | |
| | : | |
| Defendant. | : | |

### AGREED JUDGMENT ENTRY ON
### PLAINTIFF'S COMPLAINT [DOCKET NO. 1]

This matter is before the Court on Plaintiff's Complaint [Docket No. 1]. The parties having reached an agreement as to all issues raised in the Motion, it is hereby ORDERED:

1. Judgment is granted in favor of Plaintiff, Ohio Department of Job and Family Services, against Defendant, Kimberley S. Glover, in the amount of $4,720.43 plus continuing interest from June 1, 2017 at the rate of 14.0% per annum as provided in Ohio Revised Code 4141.23(B).

2. That the judgment set forth in paragraph 1 is not subject to discharge pursuant to 11 U.S.C. 523(a)(2)(A) and 523(a)(6).

IT IS SO ORDERED.


AGREED:


/s/ Erin M. Dooley/s/ Kimberley S. Glover
Charles A. Mifsud (0070498)Kimberley S. Glover
Special Counsel to the Attorney General6364 Chetti Drive
Erin M. Dooley   (0089092)Columbus, Ohio 43213
The Law Office of Charles MifsudPro Se Defendant
6305 Emerald Parkway
Dublin, Ohio  43016
Phone:  (614) 389-6357
Facsimile:  (614) 389-2294
erin.dooley@mifsudlaw.com
Attorneys for Plaintiff State of Ohio,
Department Job & Family Services


cc:Kimberley S. Glover, 6364 Chetti Drive, Columbus, Ohio 43213
Erin M. Dooley, 6305 Emerald Parkway, Dublin, OH 43016


###